# NOS. 12-21-00239-CR
# 12-21-00240-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *JOEL LEE GONZALES,* *APPELLANT* | § | *APPEAL FROM THE 114TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,* *APPELLEE* | § | *SMITH COUNTY, TEXAS* |

### *PER CURIAM ORDER*

Appellant, Joel Lee Gonzales, filed a motion to abate for correction of inaccuracies in volume eight of the reporter's record. He states that volume eight, which consists of the sentencing phase of trial, was prepared by Beverly E. Dixon. According to Gonzales's counsel, her review of volume eight reveals inaccuracies that exceed typographical errors and create confusion. Counsel asks that the audio recordings of volume eight be delivered to the trial court so that a different certified court reporter may prepare a new transcription of volume eight to ensure an accurate reflection of the testimony and evidence presented during the sentencing phase of trial.

Regarding the correction of inaccuracies in the reporter's record, the parties may agree to correct an inaccuracy in the record without the reporter's recertification. TEX. R. APP. P. 34.6(e)(1). When, as in this case, the dispute arises after the reporter's record has been filed in the appellate court, that court may submit the dispute to the trial court for resolution. TEX. R. APP. P. 34.6(e)(3). If the parties cannot agree on whether or how to correct the record, the trial court must--after notice and hearing--settle the dispute. TEX. R. APP. P. 34.6(e)(2). If the trial court finds any inaccuracy, it must order the court reporter to conform the record, including text and any exhibits, to what occurred in the trial court, and to file certified corrections in the

appellate court. *Id*. "By written stipulation filed with the trial court clerk, the parties may agree on the contents of the appellate record." TEX. R. APP. P. 34.2. "An agreed record will be presumed to contain all evidence and filings relevant to the appeal." *Id*.

Accordingly,

It is ORDERED that the Honorable Austin R. Jackson shall, in accordance with Texas Rule of Appellate Procedure 34.6(e)(2), conduct a hearing, **on or before May 11, 2022**, and make written findings of fact as to whether there are any inaccuracies in volume eight of the record and, if any such inaccuracies exist, the corrections to be made. If the trial court finds volume eight of the record to be inaccurate, the trial court shall order the court reporter to conform the reporter's record to what occurred in the trial court and file certified corrections with this Court.

It is FURTHER ORDERED that a supplemental clerk's record including the trial court's written findings, along with any supporting documentation and orders, be certified to this Court **on or before May 18, 2022**.

It is FURTHER ORDERED that the court reporter file a reporter's record of the hearing **on or before May 18, 2022**.

**WITNESS** the Honorable JAMES T. WORTHEN, Chief Justice of the Court of Appeals, 12th Court of Appeals District of Texas, at Tyler.

**GIVEN UNDER MY HAND AND SEAL OF SAID COURT**, at my office this the 11th day of April 2022, A.D.

_Katrina McClenny_
KATRINA MCCLENNY, CLERK